

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00695-CV

KAMAL KADI, Appellant

V.

WILLIS GROUP, Appellee

Appeal from the County Civil Court at Law No. 3 of Harris County (Tr. Ct. No. 972077)

**TO THE COUNTY CIVIL COURT AT LAW NO. 3 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 10th day of February, 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> Appellant, Kamal Kadi, has neither established indigence nor paid, or made arrangements to pay, all the required fees. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.
>
> The Court **orders** that the appellant, Kamal Kadi, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 10, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 31, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

